*Sherrill Babcock* and *Julien T. Davies* for appellants.

*Eugene D. Hawkins* for respondents.

Judgment and order affirmed, with costs; no opinion. All concur.

---

LIBBIE SPANNOCCHIA, Appellant, *v.* FREDERICK W. LOEW et al., as Executors and Trustees under Will of JACOB VANDERPOEL, Deceased, et al., Respondents.

*Spannocchia* v. *Loew*, 87 Hun, 167, affirmed.
(Argued April 20, 1898; decided May 10, 1898.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the first judicial department, entered June 3, 1895, affirming a judgment in favor of defendants, entered upon a verdict directed by the court, and also affirming an order granting an extra allowance.

*Frederick A. Card* for appellant.

*Joseph H. Choate, William Man* and *William V. Rowe* for respondents.

Judgment and order affirmed, with costs, on opinion below. All concur, except PARKER, Ch. J., not sitting.

---

In the Matter of the General Assignment of ALFREDERICK S. HATCH and FREDERICK H. HATCH, Individually, and as Copartners, Composing the Firm of A. S. HATCH & Co.

In the Matter of the Claim of COLLIS P. HUNTINGTON, Appellant; HORACE H. CHITTENDEN, Assignee, Respondent.

(Submitted May 2, 1898; decided May 13, 1898.)

Motion for reargument denied, with ten dollars costs. (See 155 N. Y. 401.)